UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONICA SEFCHICK,

    Plaintiff,

v.                          **CASE No.:**

BRANCH BANKING AND TRUST COMPANY,

    Defendant.

_____/

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

1.    The Plaintiff, Monica Sefchick, sues Defendant, Branch Banking and Trust Company, on behalf of herself and similarly situated present and former employees, alleging that Defendant failed to provide required notices of their right to continued health care coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

2.    Plaintiff, Monica Sefchick ("Plaintiff"), on behalf of herself and the Class set forth below, bring this class action against Defendant, Branch Banking and Trust Company ("Defendant") for violating the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").

3.    Defendant, the sponsor of the Health Plan ("Plan"), has repeatedly violated ERISA by failing to provide participants and beneficiaries in the Plan with adequate notice, as prescribed by COBRA, of their right to continue their health coverage upon the occurrence of a "qualifying event" as defined by the statute. As a result of these violations, which threaten putative Class Members' ability to maintain their health coverage, Plaintiffs seek statutory penalties, injunctive relief, attorneys' fees, costs and expenses, and other appropriate relief as set

forth herein and provided by law.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and (f), and also pursuant to 28 U.S.C. §§ 1331 and 1355.

5.     Venue is proper in this District pursuant to 29 U.S.C. § 1132(e)(2) because Plaintiffs reside in this District, the statutory violations at issue took place in this District, and Defendant has business operations in this District.

## PARTIES

6.     Plaintiff is a Florida resident and former employee of Defendant who was a covered employee and participant in the Plan the day before the termination of her employment on August 12, 2016, which was a qualifying event within the meaning of 29 U.S.C. § 1163(2), rendering her a qualified beneficiary of the Plan pursuant to 29 U.S.C. § 1167(3).

7.     Defendant is a foreign corporation with its headquarters in North Carolina, and employed more than 20 employees who were members of the Plan in each year from 2010 to 2015. Defendant is the Plan sponsor within the meaning of 29 U.S.C. §1002(16)(B), and the administrator of the Plan within the meaning of 29 U.S.C. § 1002(16)(A). The Plan provides medical benefits to employees and their beneficiaries, and is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002(1) and a group health plan within the meaning of 29 U.S.C. § 1167(1).

## FACTUAL ALLEGATIONS

### COBRA Notice Requirements

8.     The COBRA amendments to ERISA included certain provisions relating to continuation of health coverage upon termination of employment or another "qualifying event"

2

as defined by the statute.

9.      Among other things, COBRA requires the plan sponsor of each group health plan normally employing more than 20 employees on a typical business day during the preceding year to provide "each qualified beneficiary who would lose coverage under the plan as a result of a qualifying event … to elect, within the election period, continuation coverage under the plan." 29 U.S.C. § 1161.

10.     COBRA further requires the administrator of such a group health plan to provide notice to any qualified beneficiary of their continuation of coverage rights under COBRA upon the occurrence of a qualifying event. 29 U.S.C. § 1166(a)(4). This notice must be "[i]n accordance with the regulations prescribed by the Secretary" of Labor. 29 U.S.C. § 1166(a).

11.     The relevant regulations prescribed by the Secretary of Labor concerning notice of continuation of coverage rights are set forth in 29 C.F.R. § 2590.606-4 and the Appendix thereto.

12.     Section 2590.606-4(b)(1), states:

> Except as provided in paragraph (b)(2) or (3) of this section, upon receipt of a notice of qualifying event …, the administrator shall furnish to each qualified beneficiary, not later than 14 days after receipt of the notice of qualifying event, a notice meeting the requirements of paragraph (b)(4) of this section.

13.     Section 2590.606-4(b)(4), in turn, provides as follows:

> (4) The notice required by this paragraph (b) shall be written in a manner calculated to be understood by the average plan participant and shall contain the following information:
>
> > (i) The name of the plan under which continuation coverage is available; and the name, address and telephone number of the party responsible   under the plan for the administration of continuation coverage benefits;

3

(ii) Identification of the qualifying event;

(iii) Identification, by status or name, of the qualified beneficiaries who are recognized by the plan as being entitled to elect continuation coverage with respect to the qualifying event, and the date on which coverage under the plan will terminate (or has terminated) unless continuation coverage is elected;

(iv) A statement that each individual who is a qualified beneficiary with respect to the qualifying event has an independent right to elect continuation coverage, that a covered employee or a qualified beneficiary who is the spouse of the covered employee (or was the spouse of the covered employee on the day before the qualifying event occurred) may elect continuation coverage on behalf of all other qualified beneficiaries with respect to the qualifying event, and that a parent or legal guardian may elect continuation coverage on behalf of a minor child;

(v) An explanation of the plan's procedures for electing continuation coverage, including an explanation of the time period during which the election must be made, and the date by which the election must be made;

(vi) An explanation of the consequences of failing to elect or waiving continuation coverage, including an explanation that a qualified beneficiary's decision whether to elect continuation coverage will affect the future rights of qualified beneficiaries to portability of group health coverage, guaranteed access to individual health coverage, and special enrollment under part 7 of title I of the Act, with a reference to where a qualified beneficiary may obtain additional information about such rights; and a description of the plan's procedures for revoking a waiver of the right to continuation coverage before the date by which the election must be made;

(vii) A description of the continuation coverage that will be made available under the plan, if elected, including the date on which such coverage will commence, either by providing a description of the coverage or by reference to the plan's summary plan description;

(viii) An explanation of the maximum period for which continuation coverage will be available under the plan, if elected; an explanation of the continuation coverage termination date; and an explanation of any events that might cause continuation

4

coverage to be terminated earlier than the end of the maximum period;

(ix) A description of the circumstances (if any) under which the maximum period of continuation coverage may be extended due either to the occurrence of a second qualifying event or a determination by the Social Security Administration, under title II or XVI of the Social Security Act (42 U.S.C. 401 et seq. or 1381 et seq.) (SSA), that the qualified beneficiary is disabled, and the length of any such extension;

(x) In the case of a notice that offers continuation coverage with a maximum duration of less than 36 months, a description of the plan's requirements regarding the responsibility of qualified beneficiaries to provide notice of a second qualifying event and notice of a disability determination under the SSA, along with a description of the plan's procedures for providing such notices, including the times within which such notices must be provided and the consequences of failing to provide such notices. The notice shall also explain the responsibility of qualified beneficiaries to provide notice that a disabled qualified beneficiary has subsequently been determined to no longer be disabled;

(xi) A description of the amount, if any, that each qualified beneficiary will be required to pay for continuation coverage;

(xii) A description of the due dates for payments, the qualified beneficiaries' right to pay on a monthly basis, the grace periods for payment, the address to which payments should be sent, and the consequences of delayed payment and non-payment;

(xiii) An explanation of the importance of keeping the administrator informed of the current addresses of all participants or beneficiaries under the plan who are or may become qualified beneficiaries; and

(xiv) A statement that the notice does not fully describe continuation coverage or other rights under the plan, and that more complete information regarding such rights is available in the plan's summary plan description or from the plan administrator.

14. To facilitate compliance with these notice obligations, the United States Department of Labor ("DOL") has issued a Model COBRA Continuation Coverage Election Notice ("Model Notice"), which is included in the Appendix to 29 C.F.R. § 2590.606-4. A copy

5

of this Model Notice is attached hereto as Exhibit A. The DOL website states that the DOL "will consider use of the model election notice, appropriately completed, good faith compliance with the election notice content requirements of COBRA."

15.     In the event that a plan administrator declines to use the Model Notice and fails to meet the notice requirements of 29 U.S.C. § 1166 and 29 C.F.R. § 2590.606-4, the administrator is subject to statutory penalties of up to $110 per participant or beneficiary per day from the date of such failure. 29 U.S.C. § 1132(c)(1). In addition, the Court may order such other relief as it deems proper, including but not limited to injunctive relief pursuant to 29 U.S.C. § 1132(a)(3) and payment of attorneys' fees and expenses pursuant to 29 U.S.C. § 1132(g)(1).

### *Defendant's Notice Is Inadequate and Fails to Comply with COBRA*

16.     Defendant partially adhered to the Model Notice provided by the Secretary of Labor, but only to the extent that served Defendant's best interests, as critical parts are omitted or altered in violation of 29 C.F.R. § 2590.606-4. Defendant authored and disseminated a notice deviating from the model form in violation of COBRA's requirements which failed to provide Plaintiff notice of all required coverage information, as explained further below. A copy of Defendant's notice is attached hereto as Exhibit B.

Among other things:

      a.  The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(iv) because it fails to provide all required explanatory information; There is no explanation that a legal guardian may elect continuation coverage on behalf of a minor child, or a minor child who may later become a qualified beneficiary.

      b.  The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(vi) because it fails to provide an explanation of the consequences of failing to elect or waiving continuation coverage, including an explanation that a qualified beneficiaries' decision whether to elect continuation coverage will affect future rights.

      c.  The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(vi) because it fails to provide a reference to where a qualified beneficiary may obtain additional

information about his/her rights to portability of group health coverage, guaranteed access to individual health coverage, and special enrollment.

d. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(ix) because it fails to provide the length of any extension due to the death of an employee, divorce, legal separation or change in dependent status.

e. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(x) because the notice fails to provide the consequences of failing to provide notice to the administrator of the death of an employee, divorce, legal separation, change in dependent status, Medicare entitlement, disability determination or bankruptcy filing.

f. The Notice violates 29 C.F.R. § 2590.606-4(b)(4)(xiv) because it fails to inform the qualified beneficiary that the notice does not fully describe continuation coverage or other rights under the plan, and that more complete information regarding such rights is available in the plan's summary plan description or from the plan administrator.

### *Plaintiff Monica Sefchick*

17. Plaintiff was employed by Defendant as an employee from July 2016 to August 2016.

18. Plaintiff experienced a qualifying event (termination of employment) on August 12, 2016. Importantly, for purposes of COBRA, Plaintiffs was not terminated for gross misconduct.

19. Following this qualifying event, Defendant mailed Plaintiff the notice attached hereto as Exhibit B on August 26, 2016.

20. The COBRA notice that Plaintiff received was deficient for the reasons set forth in Paragraph 16 above (among other reasons).

21. Plaintiff was unable to obtain continuation coverage after receiving the deficient election notice.

## CLASS ACTION ALLEGATIONS

22. Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of the following persons:

> **All participants and beneficiaries in the Defendant's Health Plan who were sent a COBRA notice by Defendant during the applicable statute of limitations period as a result of a qualifying event as determined by Defendant.**

23. Because no administrative remedies are required, Plaintiff has sought none and seeks to move forward with the putative class action.

24. <u>Numerosity</u>: The Class is so numerous that joinder of all Class members is impracticable. On information and belief, hundreds or thousands of individuals satisfy the definition of the Class.

25. <u>Typicality</u>: Plaintiffs' claims are typical of the Class. The COBRA notice that Defendant sent to Plaintiffs was a form notice that was uniformly provided to all Class members. As such, the COBRA notice that Plaintiffs received was typical of the COBRA notices that other Class Members received, and suffered from the same deficiencies.

26. <u>Adequacy:</u> Plaintiffs will fairly and adequately protect the interests of the Class members, they have no interests antagonistic to the class , and have retained counsel experienced in complex class action litigation.

27. <u>Commonality:</u> Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class, including but not limited to:

> a. Whether the Plan is a group health plan within the meaning of 29 U.S.C. § 1167(1).

8

b. Whether Defendant's COBRA notice complied with the requirements of 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

c. Whether statutory penalties should be imposed against Defendant under 29 U.S.C. § 1132(c)(1) for failing to comply with COBRA notice requirements, and if so, in what amount;

d. The appropriateness and proper form of any injunctive relief or other equitable relief pursuant to 29 U.S.C. § 1132(a)(3); and

e. Whether (and the extent to which) other relief should be granted based on Defendant's failure to comply with COBRA notice requirements.

28.     Putative Class Members do not have an interest in pursuing separate individual actions against Defendant, as the amount of each putative Class Member's individual claims is relatively small compared to the expense and burden of individual prosecution. Class certification also will obviate the need for unduly duplicative litigation that might result in inconsistent judgments concerning Defendant's practices and the adequacy of its COBRA notice. Moreover, management of this action as a class action will not present any likely difficulties. In the interests of justice and judicial efficiency, it would be desirable to concentrate the litigation of all putative Class Members' claims in a single action.

29.     Plaintiff intends to send notice to all Class Members to the extent required by Rule 23(c)(2) of the Federal Rules of Civil Procedure.

30.     The names and addresses of the Class Members are available from Defendant's records.

## CLASS CLAIM I FOR RELIEF

### *Violation of 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4*

31.     Plaintiff repeats and incorporates the allegations contained in the foregoing paragraphs as if fully set forth herein.

32.     The Plan is a group health plan within the meaning of 29 U.S.C. § 1167(1).

33.     Defendant is the sponsor of the Plan, and was subject to the continuation of coverage and notice requirements of COBRA.

34.     Plaintiffs and the other members of the Class experienced a "qualifying event" as defined by 29 U.S.C. § 1163, and Defendant was aware that they had experienced such a qualifying event.

35.     On account of such qualifying event, Defendant sent Plaintiffs and the Class Members a COBRA notice in the form attached hereto as Exhibit B.

36.     The COBRA notice that Defendant sent to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4 for the reasons set forth in Paragraph 16 above (among other reasons).

37.     These violations were material and willful.

38.     Defendant knew that its notice was inconsistent with the Secretary of Labor's Model Notice and failed to comply with 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4, but chose to use a non-compliant notice in deliberate or reckless disregard of the rights of Plaintiffs and other Class Members.

## PRAYER FOR RELIEF

*WHEREFORE*, Plaintiff, individually and on behalf of the Class, pray for relief as follows: Designating Plaintiff's counsel as counsel for the Class;

a.   Issuing proper notice to the Class at Defendant's expense;

b.   Declaring that the COBRA notice sent by Defendant to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

c.   Awarding appropriate equitable relief pursuant to 29 U.S.C. § 1132(a)(3), including but not limited to an order enjoining Defendant from continuing to use its defective COBRA notice and requiring Defendant to send corrective notices;

d.   Awarding statutory penalties to the Class pursuant to 29 U.S.C. § 1132(c)(1) and 29 C.F.R. § 2575.502c-1 in the amount of $110 per day for each Class Member who was sent a defective COBRA notice by Defendant;

e.   Awarding attorneys' fees, costs and expenses to Plaintiffs' counsel as provided by 29 U.S.C. § 1132(g)(1) and other applicable law;

f.   Granting such other and further relief, in law or equity, as this Court deems appropriate;

g.   Designating Plaintiffs' counsel as counsel for the Class;

h.   Issuing proper notice to the Class at Defendant's expense;
i.
j.   Declaring that the COBRA notice sent by Defendant to Plaintiffs and other Class Members violated 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4;

k.   Awarding appropriate equitable relief pursuant to 29 U.S.C. § 1132(a)(3), including but not limited to an order enjoining Defendant from continuing to use its defective COBRA notice and requiring Defendant to send corrective notices;

l.   Awarding statutory penalties to the Class pursuant to 29 U.S.C. § 1132(c)(1) and 29 C.F.R. § 2575.502c-1 in the amount of $110 per day for each Class Member who was sent a defective COBRA notice by Defendant;

m.   Awarding attorneys' fees, costs and expenses to Plaintiffs' counsel as provided by 29 U.S.C. § 1132(g)(1) and other applicable law; and

n.   Granting such other and further relief, in law or equity, as this Court deems appropriate.

## JURY TRIAL

39.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff and the

Class demand a trial by jury.

Dated this 30th day of November, 2016.

Respectfully submitted,

_____

**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: twells@wfclaw.com
Email: mk@wfclaw.com
**Attorneys for Plaintiff**

**Exhibit A**

## Model COBRA Continuation Coverage Election Notice
### Instructions

The Department of Labor has developed a model Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) continuation coverage election notice that the Plan may use to provide the election notice. To use this model election notice properly, the Plan Administrator must fill in the blanks with the appropriate plan information. The Department considers use of the model election notice to be good faith compliance with the election notice content requirements of COBRA. The use of the model notices isn't required. The model notices are provided to help facilitate compliance with the applicable notice requirements.

**NOTE:** Plans do *not* need to include this instruction page with the model election notice.


**Paperwork Reduction Act Statement**

According to the Paperwork Reduction Act of 1995 (Pub. L. 104-13) (PRA), no persons are required to respond to a collection of information unless such collection displays a valid Office of Management and Budget (OMB) control number. The Department notes that a Federal agency cannot conduct or sponsor a collection of information unless it is approved by OMB under the PRA, and displays a currently valid OMB control number, and the public is not required to respond to a collection of information unless it displays a currently valid OMB control number. See 44 U.S.C. 3507. Also, notwithstanding any other provisions of law, no person shall be subject to penalty for failing to comply with a collection of information if the collection of information does not display a currently valid OMB control number. See 44 U.S.C. 3512.

The public reporting burden for this collection of information is estimated to average approximately four minutes per respondent. Interested parties are encouraged to send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Office of Policy and Research, Attention: PRA Clearance Officer, 200 Constitution Avenue, N.W., Room N-5718, Washington, DC 20210 or email ebsa.opr@dol.gov and reference the OMB Control Number 1210-0123.


OMB Control Number 1210-0123 (expires 10/31/2016)]

## Model COBRA Continuation Coverage Election Notice
### (For use by single-employer group health plans)

## IMPORTANT INFORMATION: COBRA Continuation Coverage and other Health Coverage Alternatives

*[Enter date of notice]*

Dear: *[Identify the qualified beneficiary(ies), by name or status]*

**This notice has important information about your right to continue your health care coverage in the *[enter name of group health plan]* (the Plan), as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace at www.HealthCare.gov or call 1-800-318-2596. You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** Please read the information in this notice very carefully before you make your decision. If you choose to elect COBRA continuation coverage, you should use the election form provided later in this notice.

## Why am I getting this notice?

You're getting this notice because your coverage under the Plan will end on *[enter date]* due to *[check appropriate box]*:

☐ End of employment        ☐ Reduction in hours of employment
☐ Death of employee        ☐ Divorce or legal separation
☐ Entitlement to Medicare  ☐ Loss of dependent child status

Federal law requires that most group health plans (including this Plan) give employees and their families the opportunity to continue their health care coverage through COBRA continuation coverage when there's a "qualifying event" that would result in a loss of coverage under an employer's plan.

## What's COBRA continuation coverage?

COBRA continuation coverage is the same coverage that the Plan gives to other participants or beneficiaries who aren't getting continuation coverage. Each "qualified beneficiary" (described below) who elects COBRA continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan.

## Who are the qualified beneficiaries?

Each person ("qualified beneficiary") in the category(ies) checked below can elect COBRA continuation coverage:

☐ Employee or former employee
☐ Spouse or former spouse
☐ Dependent child(ren) covered under the Plan on the day before the event that caused
     the loss of coverage
☐ Child who is losing coverage under the Plan because he or she is no
     longer a dependent under the Plan

**Are there other coverage options besides COBRA Continuation Coverage?**

Yes. Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Some of these options may cost less than COBRA continuation coverage.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you. For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

**If I elect COBRA continuation coverage, when will my coverage begin and how long will the coverage last?**

If elected, COBRA continuation coverage will begin on [*enter date*] and can last until [*enter date*].
[*Add, if appropriate:* You may elect any of the following options for COBRA continuation coverage: [*list available coverage options*].
Continuation coverage may end before the date noted above in certain circumstances, like failure to pay premiums, fraud, or the individual becomes covered under another group health plan.

**Can I extend the length of COBRA continuation coverage?**

If you elect continuation coverage, you may be able to extend the length of continuation coverage if a qualified beneficiary is disabled, or if a second qualifying event occurs. You must notify [*enter name of party responsible for COBRA administration*] of a disability or a second qualifying event within a certain time period to extend the period of continuation coverage. If you don't provide notice of a disability or second qualifying event within the required time period, it will affect your right to extend the period of continuation coverage.

For more information about extending the length of COBRA continuation coverage visit http://www.dol.gov/ebsa/publications/cobraemployee.html.

**How much does COBRA continuation coverage cost?**

COBRA continuation coverage will cost: [*enter amount each qualified beneficiary will be required to pay for each option per month of coverage and any other permitted coverage periods.*]

Other coverage options may cost less. If you choose to elect continuation coverage, you don't have to send any payment with the Election Form. Additional information about payment will be provided to you after the election form is received by the Plan. Important information about paying your premium can be found at the end of this notice.

**You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.** You can learn more about the Marketplace below.

**What is the Health Insurance Marketplace?**

The Marketplace offers "one-stop shopping" to find and compare private health insurance options. In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and

cost-sharing reductions (amounts that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll.  Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP).  You can access the Marketplace for your state at www.HealthCare.gov.

Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage. Being offered COBRA continuation coverage won't limit your eligibility for coverage or for a tax credit through the Marketplace.

**When can I enroll in Marketplace coverage?**

You always have 60 days from the time you lose your job-based coverage to enroll in the Marketplace. That is because losing your job-based health coverage is a "special enrollment" event.  **After 60 days your special enrollment period will end and you may not be able to enroll, so you should take action right away.**  In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage.

To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit www.HealthCare.gov.

**If I sign up for COBRA continuation coverage, can I switch to coverage in the Marketplace?  What about if I choose Marketplace coverage and want to switch back to COBRA continuation coverage?**

If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period.  You can also end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period."  But be careful though - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

**Can I enroll in another group health plan?**

You may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.

If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

**What factors should I consider when choosing coverage options?**

When considering your options for health coverage, you may want to think about:

- <u>Premiums</u>: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage. Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.

- <u>Provider Networks</u>: If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider. You may want to check to see if your current health care providers participate in a network as you consider options for health coverage.

- <u>Drug Formularies</u>: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan. You may want to check to see if your current medications are listed in drug formularies for other health coverage.

- <u>Severance payments</u>: If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time. In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.

- <u>Service Areas</u>: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits. You may want to see if your plan has a service or coverage area, or other similar limitations.

- <u>Other Cost-Sharing</u>: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits. You may want to check to see what the cost-sharing requirements are for other health coverage options. For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.

**For more information**

This notice doesn't fully describe continuation coverage or other rights under the Plan. More information about continuation coverage and your rights under the Plan is available in your summary plan description or from the Plan Administrator.

If you have questions about the information in this notice, your rights to coverage, or if you want a copy of your summary plan description, contact [*enter name of party responsible for COBRA administration for the Plan, with telephone number and address*].

For more information about your rights under the Employee Retirement Income Security Act (ERISA), including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, visit the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) website at www.dol.gov/ebsa or call their toll-free number at 1-866-444-3272. For more information about health insurance options available through the Health Insurance Marketplace, and to locate an assister in your area who you can talk to about the different options, visit www.HealthCare.gov.

**Keep Your Plan Informed of Address Changes**

To protect your and your family's rights, keep the Plan Administrator informed of any changes in your address and the addresses of family members. You should also keep a copy of any notices you send to the Plan Administrator.

## COBRA Continuation Coverage Election Form

**Instructions:** To elect COBRA continuation coverage, complete this Election Form and return it to us. Under federal law, you have 60 days after the date of this notice to decide whether you want to elect COBRA continuation coverage under the Plan.

**Send completed Election Form to:** [*Enter Name and Address*]

This Election Form must be completed and returned by mail [*or describe other means of submission and due date*]. If mailed, it must be post-marked no later than [*enter date*].

If you don't submit a completed Election Form by the due date shown above, you'll lose your right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you submit a completed Election Form before the due date. However, if you change your mind after first rejecting COBRA continuation coverage, your COBRA continuation coverage will begin on the date you submit the completed Election Form.

Read the important information about your rights included in the pages after the Election Form.

I (We) elect COBRA continuation coverage in the [*enter name of plan*] (the Plan) listed below:

| Name | Date of Birth | Relationship to Employee | SSN (or other identifier) |
|------|---------------|--------------------------|---------------------------|

a. _____

   [*Add if appropriate:* Coverage option elected: _____ ]

b. _____

   [*Add if appropriate:* Coverage option elected: _____ ]

c. _____

   [*Add if appropriate:* Coverage option elected: _____ ]


_____        _____
Signature                             Date

_____        _____
Print Name                            Relationship to individual(s) listed above

_____

_____

_____        _____
Print Address                         Telephone number

## Important Information About Payment

*First payment for continuation coverage*

You must make your first payment for continuation coverage no later than 45 days after the date of your election (this is the date the Election Notice is postmarked). If you don't make your first payment in full no later than 45 days after the date of your election, you'll lose all continuation coverage rights under the Plan. You're responsible for making sure that the amount of your first payment is correct. You may contact [*enter appropriate contact information, e.g., the Plan Administrator or other party responsible for COBRA administration under the Plan*] to confirm the correct amount of your first payment.

*Periodic payments for continuation coverage*

After you make your first payment for continuation coverage, you'll have to make periodic payments for each coverage period that follows. The amount due for each coverage period for each qualified beneficiary is shown in this notice. The periodic payments can be made on a monthly basis. Under the Plan, each of these periodic payments for continuation coverage is due [*enter due day for each monthly payment*] for that coverage period. [*If Plan offers other payment schedules, enter with appropriate dates:* You may instead make payments for continuation coverage for the following coverage periods, due on the following dates:]. If you make a periodic payment on or before the first day of the coverage period to which it applies, your coverage under the Plan will continue for that coverage period without any break. The Plan [*select one:* will *or* will not] send periodic notices of payments due for these coverage periods.

*Grace periods for periodic payments*

Although periodic payments are due on the dates shown above, you'll be given a grace period of 30 days after the first day of the coverage period [*or enter longer period permitted by Plan*] to make each periodic payment. You'll get continuation coverage for each coverage period as long as payment for that coverage period is made before the end of the grace period. [*If Plan suspends coverage during grace period for nonpayment, enter and modify as necessary:* If you pay a periodic payment later than the first day of the coverage period to which it applies, but before the end of the grace period for the coverage period, your coverage will be suspended as of the first day of the coverage period and then retroactively reinstated (going back to the first day of the coverage period) when the periodic payment is received. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated.]

If you don't make a periodic payment before the end of the grace period for that coverage period, you'll lose all rights to continuation coverage under the Plan.

Your first payment and all periodic payments for continuation coverage should be sent to:

[*enter appropriate payment address*]

# Exhibit B

PO Box 6400
Greenville, SC 29606



# SHDR

**Benefit Consultants**

*A division of BB&T Insurance Services*

12/00/15 3:27 PM 3  0000255 20150826 LHBLN101 BENNS1 1 oz DOM LHBLN10000* 150721 SC



8/26/2016

Dear ~~████████~~ Family:

## MEMBER ONLINE LOGIN REGISTRATION INFORMATION

We are pleased to provide COBRA benefits continuation administration services to you on behalf of BB&T Corp..

An integral part of SHDR's broad COBRA service offering is our Online Member Self-Service Portal (Member Portal). We have designed the Member Portal to be an information-rich and secure website empowering you with the tools and information to efficiently and accurately manage your continuation under the BB&T Corp. group health plans. We encourage you to use the powerful tools contained in the Member Portal anytime, from any location. Examples of information and tools you'll find on the Member Portal include:

1. Payment Information (last received and next due)
2. Coverage Information (plans and critical dates)
3. Copies of all communications we've sent to you
4. Make Payments Online

Below is your unique registration identification number needed to become an authorized user of our website. Please visit https://cobralogin.shdr.com and click on the NEW USER link and follow the registration process as described. Please note you will be asked to supply a second piece of identification which will be your social security (SSN) number. In order to expedite the registration process, please make sure you have this information with you before beginning the new user registration process.

Visit **https://cobralogin.shdr.com**
Click on the NEW USER link
New User registration code: **zzcZ8t9s**

**\*\*Please note:** If you receive an error message upon your first attempt to register online please call (888) 888 - 3442 before you attempt to register a second time.

You can now elect online through your Member Self-Service Portal (Member Portal). Online election is available for you to elect any combination of plans for yourself and your dependents (if any) that you had before your Qualifying Event. Online election is available until 11:59 PM Central Time on the Last Day to Elect listed on your COBRA Continuation Election Form. Electing online is a safe, fast and secure way to ensure your elections are processed. Please visit https://cobralogin.shdr.com to register and complete your online election.

If you should ever have any questions or comments, please do not hesitate to contact our offices at (888) 888-3442 during business hours, M-F 8:00am to 8:00pm EST or by email at cobraadmin@shdr.com. Our entire staff is looking forward to working with you!

Sincerely,

SHDR COBRA Department

Stanley Hunt DuPree & Rhine
PO Box 6400
Greenville, SC 29606



*Benefit Consultants*

*A division of BB&T Insurance Services*

12/29/15 12.21 PM 3  0000577 20160026 LHBLM102 BENND1 1 oz DOM LHBLM10000* 160721 CC



8/26/2016

 & Family:

## COBRA Continuation Coverage Rights and Enrollment Notification Letter

This notice contains important information regarding rights you may have related to COBRA continuation coverage in the BB&T Corp. group health plan(s). Please read the information contained in this notice very carefully and retain in your records for future reference.

On 8/12/2016, you experienced an event of a/an Termination which constitutes a qualifying event under the BB&T Corp. group health plan(s). As a result, your coverage, and that of your covered dependent(s), if any, will end on the date(s) set forth on the COBRA Continuation Election Form accompanying this letter. Under the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) this entitles you and your covered dependent(s) if any, to elect to continue coverage (referred to as COBRA coverage) under the plan(s) in which you are enrolled as active member(s). The first day of COBRA coverage and the maximum continuation period is determined by plan. Please refer to your enclosed COBRA Election Form to determine your first day of COBRA coverage and maximum continuation period ("Last Day of COBRA"). Each qualified beneficiary who elects COBRA continuation coverage will have the same rights under the Plan as other participants or beneficiaries covered under the Plan, including open enrollment and special enrollment rights.

### How to Elect COBRA Coverage
Under COBRA, you have a limited number of days to elect continuation coverage. Your 60 day election window is determined by the plan and is calculated from the date your coverage under the plan is lost because of the event described above or the date this notice of your election rights is sent to you, whichever is later. To elect COBRA coverage, you must complete and submit the enclosed election form to Stanley Hunt DuPree & Rhine no later than the Election Period End date ("Last Day to Elect") listed on the enclosed COBRA Election Form. This same notice is being sent separately to your spouse, if any; however, only one of you needs to elect continuation coverage for your spouse and dependent child(ren), if any, who wish to continue coverage. Furthermore, because COBRA gives you the right to elect coverage independently, you, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage.

### Payment of COBRA Coverage Premiums
The current amount of this premium and the due date for payment are explained in the enclosed COBRA Election Form. The premium may change in the future. We have used the information supplied by BB&T Corp. to calculate your maximum continuation period under the plan(s) in which you were insured prior to your qualifying event. If there is a discrepancy between our calculation and the underwriting insurance carrier, the insurance carrier always governs. Generally, each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount a qualified beneficiary may be required to pay may not exceed 102 percent (or, in the case of an extension of continuation coverage due to a disability, 150 percent) of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated plan participant or beneficiary who is not receiving continuation coverage.



### Length of COBRA Coverage Period
If you and your spouse or dependent child(ren), if any, elect coverage, it can last for a maximum continuation period ("# of Months of COBRA") described in the enclosed COBRA Election Form beginning on the date of your qualifying event, or loss of coverage, whichever is later. The first day of COBRA coverage will be determined by the plan. This period may be extended for the following reasons:



**1. Death of employee, divorce, legal separation or change in dependent status**
If these events occur during the original maximum continuation period of COBRA coverage, the period of coverage for your spouse and dependent child(ren), if any, may be extended. These events extend the original maximum continuation period of COBRA coverage only if they would have caused your spouse or dependent child(ren), if any, to lose coverage under the plan if the original qualifying event had not occurred. Note that to receive this extension, you and/or your spouse and dependent child(ren), must notify the BB&T Corp. Plan Administrator within 60 days of the occurrence of these events.

**2. Medicare entitlement of employee**
If you became entitled to Medicare BEFORE your qualifying event, COBRA laws allow you to remain eligible for up to 18 months of COBRA coverage. If you become entitled to Medicare, your spouse and dependent child(ren), if any, may be able to receive extended COBRA coverage for up to the greater of either: (a) 36 months from the date of your Medicare entitlement; or (b) 18 months from the date of your qualifying event, or loss of coverage, whichever is later. Specific criteria must be met to obtain extended COBRA coverage due to medicare entitlement, for further information please contact the SHDR COBRA department at (888) 888 - 3442 or by email at cobraadmin@shdr.com.

**3. Disability determination**
If it is determined that you and/or your spouse or dependent child(ren), if any, were determined to be disabled (by the Social Security Administration) during the first 60 days of COBRA coverage and you are still disabled at the end of your original maximum continuation period of coverage, the original maximum continuation period may be extended for an additional 11 months for all individuals covered under COBRA coverage from the date of the qualifying event. This extension only applies if the BB&T Corp. Plan Administrator is notified within 60 days of a disability determination and before the end of the original maximum continuation period. You need to submit a copy of the Social Security Administriation Disability Letter of Determination to the Plan Administrator or SHDR within 60 days of your receipt of the letter or within the first 60 days of your COBRA coverage, whichever is the latter. Federal law requires that you notify the BB&T Corp. Plan Administrator  or SHDR of a determination by the Social Security Administration that you, your spouse, or dependent child(ren) are no longer disabled within 30 days of such a determination. SHDR can be reached at (888)888-3442 during business hours.

**4. Bankruptcy filing**
If the employer files for bankruptcy reorganization and retiree health coverage is lost within one year before or after the bankruptcy filing, COBRA coverage could continue until the death of a retiree (or a surviving spouse of a deceased retiree) or for 36 months from the retiree's death (after the bankruptcy filing) in the case of the spouse and dependent child(ren).

**Newborns and Adoptees**
A child who is born to or placed for adoption with you during a period of COBRA coverage will be eligible to become covered under the plan. In accordance with the terms of the BB&T Corp. group health benefits plan and the requirements of Federal law, these qualified beneficiaries can be added to COBRA coverage upon proper notification to the BB&T Corp. Plan Administrator of the birth or adoption.

**Early Termination of COBRA Coverage**
COBRA coverage may terminate early if:
(1)  The required premium payment is not paid when due.
(2)  After the date of your COBRA election, you and your spouse or dependent child(ren), if any, become covered under another group health plan that does not contain any exclusion or limitation for any of your pre-existing conditions.
(3)  After the date of your COBRA election, you, your spouse or dependent child(ren), if any, become entitled to Medicare benefits.
(4)  All of BB&T Corp. group health plans are terminated.
(5)  If coverage is extended an additional 11 months due to disability, a determination that the individual is no longer disabled.
(6)  COBRA coverage may also be terminated for any reason the plan would terminate coverage of a participant or beneficiary not receiving COBRA coverage (such as fraud).

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) restricts the extent to which group health plans may impose pre-existing condition limitations. These rules are generally effective for plan years beginning after June 30, 1997. HIPAA coordinates COBRA's other coverage cut-off rule with these new limits as follows:



If you become covered by another group health plan and that plan contains a pre-existing condition limitation that affects you, your COBRA coverage cannot be terminated. However, if the other plan's pre-existing condition rule does not apply to you by reason of HIPAA's restrictions on pre-existing condition clauses, the BB&T Corp. group health plan may terminate your COBRA coverage.

Continuation coverage under COBRA is provided subject to your eligibility. The BB&T Corp. Plan Administrator reserves the right to terminate your COBRA coverage retroactively if you are determined to be ineligible for coverage. To be sure that you, your spouse and your dependent child(ren), if any, receive the necessary information concerning your rights, you should keep Stanley Hunt DuPree & Rhine informed of any address changes.

The Trade Act of 2002 provides an additional 60-day COBRA election period for certain individuals who become eligible for Trade Adjustment Assistance ("TAA"). A TAA-eligible individual who did not elect continuation coverage during the 60-day COBRA election period that was a direct consequence of the TAA-related loss of coverage, may elect continuation coverage during a 60-day period that begins on the first day of the month in which he or she is determined to be a eligible individual, provided such election is made no later than six (6) months after the date of the TAA-related loss of coverage. Any continuation coverage elected during the TAA second election period will begin with the first day of the second election period, and not be counted for purposes of determining whether the individual has had a 63-day break in coverage. If you have any questions regarding the TAA, please contact the Health Care Tax Credit (HCTC) Customer Service department at (866) 628-4282. TDD/TYY callers, please call (866) 626-4282. Or visit the HCTC on the Web at http://www.irs.gov (IRS keyword: HCTC).

Please be advised of your right to obtain a copy of the Summary Plan Description (SPD) for your group health plan by going online at bbtbenefits.com or contacting the BB&T Corp. Human Resource Department at (800) 716-2455. The SPD contains a complete description of your benefits.

For more information about your rights under ERISA, including COBRA, the Health Insurance Portability and Accountability Act (HIPAA), and other laws affecting group health plans, contact the U.S.Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the website at www.dol.gov/ebsa.

This notice is a summary of your COBRA rights. For answers to specific questions, please contact the SHDR COBRA Dept at (888) 888-3442 during business hours, M-F 8:00am to 6:00pm EST or by email at cobraadmin@shdr.com.

Sincerely,

SHDR COBRA Department





THIS PAGE INTENTIONALLY LEFT BLANK



# COBRA CONTINUATION COVERAGE ELECTION FORM
## BB&T Corp.

**IMPORTANT: PLEASE RETAIN A COPY OF THIS COBRA ELECTION FORM FOR FUTURE REFERENCE. THIS FORM CONTAINS INFORMATION ABOUT YOUR RIGHTS UNDER COBRA.**

**Step 1: To continue coverage under COBRA,** you must complete and submit this election form to Stanley Hunt DuPree & Rhine no later than the Election Period End date ("Last Day To Elect") listed below. If this election form is not returned within the enrollment period described below for each plan, you will lose your right to elect coverage.

**Step 2: To activate your COBRA coverage you must pay the Initial COBRA Premium.** The Initial Premium payment must be paid within 45 days from the date you elect to enroll in COBRA coverage. The Initial Premium amount includes the premiums for the period of coverage from your First Day of COBRA to the date of your election and any regularly scheduled monthly premiums that become due between your election date and the end of the Initial Premium Payment period. Your Initial Premium Period will end at the end of your Initial Grace Period which is listed below and which is measured as 45 days after the date of your COBRA election. To become "fully enrolled" under COBRA, you must "pay your account to current" no later than the end of your Initial Grace Period. You may certainly "pay to current" and become fully enrolled under COBRA before the end of your Initial Grace Period. Paying to current is defined as paid to the end of the current month.

If you waive coverage under COBRA before the end of the enrollment period, you can change your mind and continue coverage by submitting your completed election form before the end of the enrollment period described below for each plan.

If you have questions about COBRA or need assistance to complete your election form, please contact the SHDR COBRA Dept at (888) 888-3442 during business hours, M-F 8:00am to 8:00pm EST or by email at cobraadmin@shdr.com.

**Qualified Beneficiary(QB):**

| | |
|---|---|
| – Monica Sefchick | Event Date: 8/12/2016 |
| 11316 Coventry Grove Cir | Event Type: Termination |
| Lithia, FL 33547 | Second Event: No |

COBRA gives you the right to elect coverage independently. You, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage.

**Premium Information:**

| Plan Name | Coverage Level | Pro-rated Premium | Monthly Premium |
|---|---|---|---|
| Dental - BCBSNC | QB + Children | $34.85 | $67.53 |
| Medical - BCBSNC PPO Select-009321 | QB + Children | $465.82 | $902.53 |
| Vision - VSP | QB Only | $8.33 | $16.16 |
| | **Total Premium:** | $509.00 | $986.22 |

| Plan Name | First Day of COBRA | Last Day of COBRA | # Months of COBRA | Last Day To Elect | Initial Grace Period Days | Subsequent Grace Period Days |
|---|---|---|---|---|---|---|
| Dental - BCBSNC | 8/16/2016 | 2/15/2018 | 18 | 10/25/2016 | 45 | 30 |
| Medical - BCBSNC PPO Select-009321 | 8/16/2016 | 2/15/2018 | 18 | 10/25/2016 | 45 | 30 |
| Vision - VSP | 8/16/2016 | 2/15/2018 | 18 | 10/25/2016 | 45 | 30 |

**Election Options (Individuals Enrolled Prior to Qualifying Event):**
Please indicate the COBRA continuation coverage you are electing by checking the applicable box(es).



| Name | Relationship | Date of Birth | SSN |
|---|---|---|---|
| Monica Sefchick | QB | 8/13/1977 | xxx-xx-7499 |

Accept [ ]   Waive [ ]   Dental - BCBSNC
Accept [ ]   Waive [ ]   Medical - BCBSNC PPO Select-009321
Accept [ ]   Waive [ ]   Vision - VSP

| | | | |
|---|---|---|---|
| Jayson Sefchick | Dependent Child | 4/30/2004 | xxx-xx-0082 |

Accept [ ]   Waive [ ]   Dental - BCBSNC
Accept [ ]   Waive [ ]   Medical - BCBSNC PPO Select-009321

| | | | |
|---|---|---|---|
| Jacob Sefchick | Dependent Child | 6/16/2008 | xxx-xx-2101 |

Accept [ ]   Waive [ ]   Dental - BCBSNC
Accept [ ]   Waive [ ]   Medical - BCBSNC PPO Select-009321

**Alternative Election Options:**

| Plan Name | Coverage Level | First Day of COBRA | Pro-rated Premium | Monthly Premium |
|---|---|---|---|---|
| Dental - BCBSNC | QB + Child | 8/16/2016 | $34.85 | $67.53 |
| | QB + Children | 8/16/2016 | $34.85 | $67.53 |
| | QB Only | 8/16/2016 | $17.42 | $33.76 |
| Medical - BCBSNC PPO Select-009321 | QB + Child | 8/16/2016 | $465.82 | $902.53 |
| | QB + Children | 8/16/2016 | $465.82 | $902.53 |
| | QB Only | 8/16/2016 | $305.55 | $592.01 |
| Vision - VSP | QB Only | 8/16/2016 | $8.33 | $16.16 |

**Completed election forms and premium payments should be remitted directly to the address below. Payment must be in the form of a check or money order made payable to SHDR COBRA. Please DO NOT send cash.**

> **Stanley Hunt DuPree & Rhine**
> **PO Box 2734**
> **Omaha, NE  68103-2734**

For all other correspondence please use the following address:  Stanley Hunt DuPree & Rhine, PO Box 6400, Greenville, SC  29606 or by email at cobraadmin@shdr.com.

[   ] I have read this form and the notice of my election rights. I understand my rights to elect COBRA continuation coverage and would like to take the action indicated above. I understand that if I elect continuation coverage, my continuation coverage will terminate under several circumstances according to COBRA regulations, including: non-payment of premium, the date I or a continued dependent become covered under another Group Health Plan or become entitled to Medicare after the COBRA election, or on the date which this Group Plan ends. I also understand that if I was determined to be disabled by the Social Security Administration within 60 days of my Qualifying Event, I may be eligible for extended continuation coverage and that any break in continued coverage of more than 63 days may cause loss of coverage portability.

I understand that future premiums are due the first of each month. I also understand that failure to pay the required premiums will result in termination of COBRA rights and coverage.

**Signature** _____   **Date** _____

*NOTE: If signature line is on a second page, be sure to include all pages of the election form. We will not be able to process your election without the entire form.



## COBRA Privacy Notice
### (Consolidated Omnibus Budget Reconciliation Act)

This Privacy Notice is required under the Health Insurance Portability and Accountability Act (HIPAA). It applies to current and former employees who are receiving and are paying for medical, dental or vision insurance through their COBRA eligibility.

Stanley, Hunt, DuPree & Rhine, Inc. (SHDR), a provider of COBRA administrative services to your Employer, is required by law to take reasonable steps to maintain the privacy of your personally identifiable health information (called **Protected Health Information or PHI**).

PHI use and disclosure is regulated by the federal HIPAA law. You may find these rules in 45 *Code of Federal Regulations* Parts 160 and 164. This Notice attempts to summarize key points in these rules. The regulations will supersede this Notice if there is any discrepancy between the information in this Notice and the regulations. If this notice changes, it will be re-issued.

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

This notice describes how SHDR protects the personal health information we have about you which relates to your health coverage ("Protected Health Information" or "PHI"), and how we may use and disclose this information. Protected Health Information includes individually identifiable information which relates to your past, present or future health, treatment or payment for health care services. This notice also describes your rights with respect to the Protected Health Information and how you can exercise those rights. This Notice is effective January 1, 2009.

We are required by law to:

- Maintain the privacy of your PHI;
- Provide you this notice of our legal duties and privacy practices with respect to your Protected Health Information; and
- Follow the terms of this notice.

The main reasons for which we may use and may disclose your Protected Health Information are to evaluate and process any requests for coverage and claims for benefits. PHI may be used:

- **For Payment:** We may use and disclose Protected Health Information to determine and pay for benefits under your health coverage. For example, PHI contained on claims may be reviewed to reimburse you for services rendered.
- **For Health Care Operations:** We may also use and disclose Protected Health Information for our health care operations. Health care operations include:
  - o   medical review, legal services, bank reconciliations and auditing; and
  - o   business management and general administrative activities such as plan design.
- **Business Associates:** We contract with individuals and entities (Business Associates) to perform various functions on our behalf or to provide certain types of services. To perform these functions or to provide the services, our Business Associates will receive, create, maintain, use, or disclose protected health information, but only after we require the Business Associates to agree in writing to contract terms designed to appropriately safeguard your information. For example, we may disclose your protected health information to an outside auditor to verify the plan is being administered correctly.
- **Other Covered Entities:** We may obtain or disclose your protected health information from health care providers to determine if a procedure or supply is an eligible benefit under the Plan.
- **Plan Sponsor:** We may disclose your protected health information to the plan sponsor of the health plan for purposes of plan administration or pursuant to an authorization request signed by you.
- **Where Required by Law or for Public Health Activities:** We disclose PHI when required by federal, state or local law. Examples of mandatory disclosures include providing PHI to a governmental agency or regulator with health care oversight or HIPAA compliance responsibilities.
- **To Avert a Serious Threat to Health or Safety:** We may disclose PHI to avert a serious threat to someone's health or safety. We may also disclose PHI to federal, state or local agencies engaged in disaster relief as well as to private disaster relief or disaster assistance agencies to allow those entities to carry out their responsibilities in specific disaster situations.
- **For Health-Related Benefits or Services:** We or our Business Associates may use PHI to provide you with information about benefits available to you under your current coverage and, in limited situations, about health-related products or services that may be of interest to you.
- **For Law Enforcement or Specific Government Functions:** We may disclose PHI in response to a request by a law enforcement official made through a court order, subpoena, warrant, summons or similar process. We may disclose PHI about you to federal officials for intelligence, counterintelligence, and other national security activities authorized by law.
- **When Requested as Part of a Regulatory or Legal Proceeding:** If you or your estate is involved in a lawsuit or a dispute, we may disclose Protected Health Information about you in response to a court or administrative order. We may also disclose PHI about you in response to a subpoena, discovery request, or other lawful process by someone else involved in the dispute but only if efforts have been made to tell you about the request or to obtain an order protecting the PHI requested. We may disclose PHI to any governmental agency or regulator with whom you have filed a complaint or as part of a regulatory agency examination.
- **To Government Programs Providing Public Benefits:** We may disclose your PHI relating to eligibility for or enrollment in t health plan to another agency administering a government program providing public benefits, or to the military , if the sharing this information among such agencies is required or expressly authorized by law. 
- **Other Uses and Disclosures of Your Protected Health Information:** Other uses and discloses of your Protected Hea Information not covered by this Notice or the laws that apply to us will be made only with your written authorization. If you have given us your authorization, you may revoke that authorization, in writing, at any time. If you revoke your authorization, we will no longer use or disclose the PHI for the reasons covered by your written authorization, except to the extent that we have taken action in reliance on your authorization. Please note that we are unable to take back any disclosures we have already made with your written authorization.

- **To a Personal Representative.** PHI may be disclosed to a personal representative named by you or designated by law (such as an executor after your death).

## Your Rights Regarding Protected Health Information

- **Right to Inspect and Copy Your Protected Health Information:** In most cases, you have the right to inspect and obtain a copy of the Protected Health Information we or a Business Associate maintains about you. To inspect and copy PHI, you must submit your request in writing to the Privacy Officer listed below. To receive a copy of your PHI, you may be charged a fee for the costs of copying, mailing or other supplies associated with your request. However, certain types of Protected Health Information will not be made available for inspection and copying. This includes psychotherapy notes, and PHI collected by us in connection with, or in reasonable anticipation of any claim or legal proceeding. In very limited circumstances (such as if the PHI was created or obtained for research, or the PHI was confidentially obtained from a source other than a health care provider and if you had access to the information you could determine the source's identify), we may deny your request to inspect and obtain a copy of your PHI. If access is denied, you may request a review within 60 days after the denial. The review will be conducted by a person chosen by us who was not involved in the original decision to deny your request.

- **Right to Amend Your Protected Health Information:** If you believe that your PHI is incorrect or that an important part of it is missing, you have the right to ask us to amend it while it is kept by or for us. You must provide your request and your reason for the request in writing, and submit it to the Privacy Officer shown below. We may deny your request if it is not in writing or does not include a reason that supports the request. In addition, we may deny your request if you ask us to amend Protected Health Information that:
    o   is accurate and complete;
    o   was not created by us, unless the person or entity that created the PHI is no longer available to make the amendment;
    o   is not part of the PHI kept by us or for us by a Business Associate; or
    o   is not part of the PHI which you would be permitted to inspect and copy

- **Right to a list of Disclosures:** You have the right to request a list of the disclosures we have made of PHI about you. This list will not include disclosures made for payment or health care operations, for purposes of national security, made to law enforcement or to corrections personnel, made according to your authorization or made directly to you. To request this list, you must submit your request in writing to the Privacy Officer shown below. Your request must state the time period from which you want to receive a list of disclosures. The time period may not be longer than six years and may not include dates before April 15, 2007. Your request should indicate in what form you want the list (for example, on paper or electronically). The first list you request within a 12-month period will be free. We may charge you for any additional requests.

- **Right to Request Restrictions:** You have the right to request a restriction or limitation on Protected Health Information we use or disclose about you for payment or health care operations, or that we disclose to someone who may be involved in your care or payment for your care, like a family member or friend. For example, you may ask us not to disclose PHI relating to a medical procedure you have had. While we will consider your request, we are not required to agree to it. To request a restriction, you must make your request in writing to the Privacy Officer. In your request, you must tell us (1) what information you want to limit; (2) whether you want to limit our use, disclosure or both; and (3) to whom you want the limits to apply (for example, disclosures to your spouse or parent).

- **Right to Request Confidential Communications:** You have the right to request that we communicate with you about PHI in a certain way or at a certain location if you tell us that communication in another manner may endanger you. For example, you can ask that we only contact you at work or by mail. To request confidential communications you must make your request in writing to the Privacy Officer and specify how or where you wish to be contacted. We will accommodate all reasonable requests.

- **Right to File a Complaint:** If you believe your privacy rights have been violated, you may file a complaint with us or with the Secretary of the Department of Health and Human Services.

    To file a complaint with us, contact the Privacy Contact Person to obtain a complaint form.

    To file a complaint with Health and Human Services, contact:   US Department of Health and Human Services
    200 Independence Avenue S.W. Washington, DC 20201

    All complaints must be submitted in writing. You will not be penalized for filing a complaint with us or the government.

Additional Information

- **Changes to This Notice:** We reserve the right to change the terms of this notice and our privacy practices at any time. The revised or changed notice may be effective for Protected Health Information we already have about you as well as any PHI we receive in the future. The effective date of this notice and any revised or changed notice may be found on the last page, on the bottom left hand corner of the notice. You will receive a copy of any revised notice either electronically or on paper.

You may request a copy of this Notice at any time.

Our Privacy Contact Person is:  Ryan Peterson, Flexible Benefit Services, Stanley, Hunt, DuPree & Rhine, Inc., 400 Memorial Drive Ext. Greer, South Carolina 29651-1850, 1-888-888-3442.

While all requests should be made to the Privacy Contact Person, responses to certain requests may be handled by a Busine Associate if the Business Associate is in a better position to address the issue.