UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MONICA SEFCHICK,

    Plaintiff,

v.                                                      Case No: 8:16-cv-3303-T-36AAS

BRANCH BANKING AND TRUST
COMPANY,

    Defendant.
_____/

## O R D E R

    The Court has been advised by the Notice of Settlement (Doc. 13) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

    **DONE AND ORDERED** in Tampa, Florida on January 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record